# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,     )<br>                              )<br>     vs.                      )     Case No. 92-40036-01-JAR<br>                              )<br>                              )<br>EARNESTINE BASEY              )<br>                              )<br>              Defendant.     )<br>_____) | |

## MEMORANDUM AND ORDER
## DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION

This matter is before the Court on defendant's pro se Motion for Termination of Supervised Release. (Doc. 222).  The Court[1] has thoroughly reviewed the defendant's motion and the record in this case, and for the following reasons, denies the motion.

Defendant was convicted of possession with intent to distribute cocaine and sentenced to a term of 188 months of custody and a five year term of supervised release.  After serving this lengthy sentence, the defendant commenced the term of supervised release in February 2005. Thus, she has served approximately 1 year of a five year term of supervised release.  Given the serious nature of the offense, the length of the term of supervised release and the rather minimal

---

[1] This matter has been assigned to the undersigned Judge, because the Honorable Dale E. Saffels, who sentenced this defendant, is now deceased.

supervision obligations and conditions of the supervised release, this Court finds no cause to terminate supervised release at this time.

**IT IS THEREFORE ORDERED** that the defendant's motion for termination of supervised release is DENIED.

Dated this  8th   day of November, 2006, at Topeka, Kansas.

 S/ Julie A. Robinson

JULIE A. ROBINSON
United States District Judge